

# The Attorney General of Texas

October 23, 1984

JIM MATTOX
Attorney General

Supreme Court Building
P. O. Box 12548
Austin, TX. 78711- 2548
512/475-2501
Telex 910/874-1367
Telecopier 512/475-0266

714 Jackson, Suite 700
Dallas, TX. 75202-4506
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905-2793
915/533-3484

J1 Texas, Suite 700
Houston, TX. 77002-3111
713/223-5886

806 Broadway, Suite 312
Lubbock, TX. 79401-3479
806/747-5238

4309 N. Tenth. Suite B
McAllen, TX. 78501-1685
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205-2797
512/225-4191

An Equal Opportunity/
Affirmative Action Employe·

Mr. Homer A. Foerster
Executive Director
State Purchasing and General
    Services Commission
L.B.J. State Office Building
P.O. Box 13047, Capitol Station
Austin, Texas    78711

Opinion No. JM-214

Re: Whether the State Purchasing and General Services Commission may use excess funds appropriated for construction of a parking garage to fund additional construction of the Travis Building

Dear Mr. Foerster:

You ask whether the State Purchasing and General Services Commission may use excess funds appropriated for construction of a parking garage to fund additional construction to the Travis Building.

The 1982-83 General Appropriations Act, Acts 1981, 67th Leg., ch. 875, art. I, at 3488 (H.B. 656), appropriated $25 million for "[C]onstruction of new State Office Building." (item 9).  The 1984-85 General Appropriations Act, Acts 1983, 68th Leg., ch. 1095, art. I, at 5893 (S.B. 179), contains the following riders:

> 10.  Any unobligated balances remaining as of August 31, 1983, in appropriations made to the State Purchasing and General Services Commission by Acts of the Sixty-seventh Legislature, Regular Session, 1981, for Capital Acquisition, Construction, Repairs and Renovation, Item 10, and by riders, are hereby reappropriated for the same purpose and subject to the same restrictions for the biennium beginning September 1, 1983.

|  | For the Years Ending | |
|---|---|---|
|  | August 31, 1984 | August 31, 1985 |
| Informational sub-listing of projects to be funded from Items 10.b and 10.c (Construction, Repairs and Renovations) | | |
| A.  Construct Permanent Parking Structure, Capitol Complex | $ 7,857,081 | $ U.B. |
| B.  Fire/Safety Deficiency Corrections, Capitol Complex | 575,611 | U.B. |

| | | | |
|---|---|---|---|
| C. | Remove and Stabilize Ceiling, Starr Building | 324,113 | U.B. |
| D. | Remove and Stabilize Ceiling, Supreme Court Building | 995,292 | U.B. |
| E. | Fire/Security Alarm System, Starr Building | 27,110 | U.B. |
| F. | Relocation of Mechanical Facilities, Governor's Mansion | 38,141 | U.B. |
| G. | Seal Exterior, Jones Building | 91,831 | U.B. |
| H. | Repair Leaking Patios, Reagan and LBJ Buildings | 207,519 | U.B. |
| I. | Replace Roofing, Supreme Court Building | 106,688 | U.B. |
| J. | Replace Carpet, Austin Building | 219,160 | U.B. |
| K. | Energy Conservation Measures, Capitol Complex | 473,427 | U.B. |
| L. | Replace Gas Turbine Chiller with Electric Drive, Austin Building | 490,427 | U.B. |
| M. | Seal Areaway Openings, Capitol | 65,523 | U.B. |
| N. | Purchase of Land and Construction of Hangars, Ramps, Office and Maintenance Facilities, Aircraft Pooling Board | 3,054,239 | U.B. |
| O. | Miscellaneous Projects, Not to Exceed $3,300 each, Capitol Complex | 100,000 | U.B. |
| P. | Renovate French Legation | 35,000 | U.B. |
| Q. | Repairs to Permanent Parking Structures, Capitol Complex | 74,102 | U.B. |
| | GRAND TOTAL, CONSTRUCTION, REPAIRS AND RENOVATIONS | $ 14,735,264 | $ U.B. |

11.  The State Purchasing and General Services Commission may deviate from the exact sums for each project as may be necessary to fund any project.

The Travis Building is one of the items referred to in rider 10, supra, i.e., a project funded under item 9 of the 1982-83 General Appropriations Act.  As a result, the balance of the $25 million which remained unobligated on August 31, 1983, was reappropriated for construction of the Travis Building for the 1984-85 biennium.  Rider 11 in the 1984-85 General Appropriations Act authorizes the commission to "deviate from the exact sums for each project as may be necessary to fund any project."  If "any project" includes the further construction of the Travis Building described in rider 10, it follows that funds may be transferred from rider 10A, authorizing construction of a "permanent parking structure," for use on the Travis Building.

Rider 11 does not indicate any legislative intent to restrict transfer of funds to or from those items listed in riders 10A-Q. Indeed, it specifically permits deviation for "each project." In our opinion, this language includes any project authorized by the commission's 1984-85 appropriation. Since completion of the Travis Building is provided for in rider 10, we believe it constitutes such a project. To construe rider 11 otherwise would be to thwart completion of the Travis Building, when authorized unexpended funds exist from another, already completed, project. We do not address whether funds may be transferred under rider 11 if the specific projects in riders 10A-Q from which transfer is contemplated were not completed. We do not believe the legislature could have intended this result. Accordingly, the State Purchasing and General Services Commission may use excess funds appropriated for construction of a parking garage to fund additional construction of the Travis Building.

<u>S U M M A R Y</u>

The State Purchasing and General Services Commission is authorized to use excess funds appropriated during the 1984-85 biennium for a parking garage to fund additional construction of the Travis Building.

Very truly yours,

JIM   MATTOX
Attorney General of Texas

TOM GREEN
First Assistant Attorney General

DAVID R. RICHARDS
Executive Assistant Attorney General

RICK GILPIN
Chairman, Opinion Committee

Prepared by Rick Gilpin
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Rick Gilpin, Chairman
Colin Carl
Susan Garrison
Tony Guillory
Jim Moellinger
Nancy Sutton